UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| D A C O INVESTMENTS L L C ET AL | CASE NO. 6:22-CV-01444 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U S SMALL BUSINESS ADMINISTRATION ET AL | MAGISTRATE JUDGE DAVID J. AYO |

**ORDER**

Considering the parties' joint motion for entry of scheduling order (Rec. Doc. 23), it is hereby

ORDERED that the parties' joint motion (Rec. Doc. 23) is GRANTED, such that

1. Defendants will provide Plaintiffs access to the entirety of the administrative record with respect to Plaintiffs' administrative appeals to SBA's Office of Hearing and Appeals, via Defendants' online file-sharing system, pending the Court's entry of judgment in this action. In lieu of submission to the Court of the complete administrative record by Defendants, the parties shall submit as exhibits to their respective summary judgment motions, opposition, and replies those parts of the administrative record on which they rely;

2. Plaintiffs shall file their motion for summary judgment, together with their memorandum in support, statement of material facts not in dispute, and supporting exhibits, on or before September 23, 2022;

3. Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion, together with their memorandum in support, statement of material facts, and supporting exhibits, on or before October 24, 2022;

4. Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of their motion, together with their response to Defendants' statement of material facts, and supporting exhibits, on or before November 15, 2022;

5. Defendants shall file their reply in support of their cross-motion for summary judgment, together with supporting exhibits, on or before December 2, 2022;

6. The deadline for Defendants' answer to Plaintiffs' Amended Complaint (Rec. Doc. 18) shall be extended until 30 days following any decision by this Court denying Plaintiffs' and Defendants' motions for summary judgment.

Considering the foregoing, the Notice of Motion Setting previously issued by this Court (Rec. Doc. 28) is VACATED.

SIGNED at Lafayette, Louisiana on this 13th day of October, 2022.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE