IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
(LAFAYETTE DIVISION)

| | |
|---|---|
| DACO INVESTMENTS, LLC, *et al.*, | )<br>) |
| Plaintiffs, | ) No. 6:22-cv-01444 |
| v. | ) Judge Summerhays |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | ) Magistrate Judge Ayo |
| Defendants. | ) |

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants United States Small Business Administration ("SBA"), *et al.*, hereby move for leave to file a combined memorandum in support of their motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment of up to 40 pages in length. Plaintiffs consent to Defendants' request. In support of their request Defendants state as follows:

1. Plaintiffs filed their motion for summary judgment in this matter, together with a memorandum in support, exhibits, and other papers, on September 23, 2022.

2. Pursuant to the parties' Joint Motion for Entry of Scheduling Order (Doc. 23) and the Court's docket-text Order granting the parties' motion (Doc. 29), Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion is due to be filed on October 24, 2022.

3. As provided by Local Civil Rule 7.8, no brief in support of or in opposition to a motion may exceed 25 pages without leave of the Court.

4. The additional pages that Defendants request for their combined memorandum are warranted, given the nature and nationwide breadth of the relief that Plaintiffs seek, and the breadth of issues to be addressed. Plaintiffs have raised numerous, intricate legal issues under the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, and the Administrative Procedure Act. Defendants also anticipate raising issues that Plaintiffs' motion does not address. Defendants wish to present their arguments in complete fashion for the Court's benefit.

5. Because Defendants will present their arguments in a combined memorandum, rather than filing separate supporting and opposition briefs of up to 25 pages each, granting Defendants' request will not unduly burden the Court or the Plaintiffs.

6. Undersigned counsel for Defendants conferred with Plaintiffs' counsel regarding this motion, and was informed that Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendants respectfully submit that their request for leave to file a combined memorandum of up to 40 pages in support of their summary-judgment motion, and in opposition to Plaintiffs' motion, should be granted.

Dated: October 21, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

 /s/ James J. Gilligan
JAMES J. GILLIGAN, T.A. (DC #422152)
INDRANEEL SUR (DC #978017)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044

BRANDON B. BROWN
UNITED STATES ATTORNEY

SHANNON T. BROWN (LA #32366)
Assistant United States Attorney

300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600 / Fax: (318) 676-3642
Email: shannon.brown@usdoj.gov

*Of Counsel*

E-mail:   james.gilligan@usdoj.gov
Telephone: (202) 514-3358
Fax:      (202) 616-8470

*Counsel for Defendants*