**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **D A C O INVESTMENTS L L C ET AL** | **CASE NO.   6:22-CV-01444** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U S SMALL BUSINESS ADMINISTRATION ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion for Leave to File Excess Pages filed on October 21, 2022 by Isabella Casillas Guzman, U S Small Business Administration, USA, Janet Yellen was DEFICIENT for the following reason(s):

- ✓ A motion for leave to file must be accompanied by the proposed pleading. The court will not act on such a motion without reviewing the document sought to be filed. Please refer to LR 7.6 for more information.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.