IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
(LAFAYETTE DIVISION)

| | |
|---|---|
| DACO INVESTMENTS, LLC, *et al.*, | |
| Plaintiffs, | No. 6:22-cv-01444 |
| v. | Judge Summerhays |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | Magistrate Judge Ayo |
| Defendants. | |

**ORDER**

This case is before the Court on Defendants' Consent Motion for Leave to Exceed Page Limit. Plaintiffs consent to Defendants' motion. The Court having considered Defendants' submissions in support of their motion,

IT IS HEREBY ORDERED THAT:

1. Defendants' Consent Motion for Leave to Exceed Page Limit is hereby GRANTED.

2. Defendants may file a combined memorandum in support of their motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment of up to 40 pages in length.

So ORDERED this __26th__ day of October 2022.

_____
HON. ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE