# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 03, 2024

Mr. Daniel J. McCoy
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

        No. 24-30319     DACO Investments v. SBA
                        USDC No. 6:22-CV-1444

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

cc:  Mr. James Jordan Gilligan
     Mr. Adam Craig Jed
     Mr. Jeff Johnson
     Mr. Kevin Michael LeRoy
     Ms. Emily O'Brien
     Mr. Michael S. Raab
     Mr. Misha Tseytlin
     Mrs. Elizabeth Penland Waldbeser

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 3, 2024

Lyle W. Cayce
Clerk

—————————

No. 24-30319

—————————

DACO Investments, L.L.C., *doing business as* Oupac Financial
Services; American Financial Services Association;
Westside Credit Corporation, Incorporated; Motorists
Acceptance Corporation, *doing business as* Saddleback
Acceptance Corporation; Challenge Financial
Services, *Et al.*

*Plaintiffs—Appellants*,

*versus*

United States Small Business Administration; Isabella
Casillas Guzman, *in her official capacity as Administrator of* Small
Business Administration; Janet Yellen, *Secretary, U.S.
Department of Treasury*; United States of America,

*Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-1444

————————————————————————

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5th Cir. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate

No. 24-30319

the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT
