UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DACO INVESTMENTS, LLC, ET AL. | CIVIL ACTION NO. 6:22-CV-1444 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

### ORDER

This matter was previously stayed to give the plaintiffs an opportunity to pursue an interlocutory appeal [ECF No. 63]. The interlocutory appeal has been dismissed, and if it is not timely reinstated, the appeal will be considered dismissed with prejudice [ECF No. 68]. Accordingly,

IT IS HEREBY ORDERED that the parties are to file a joint notice in this Court if the interlocutory appeal is either reinstated or is dismissed with prejudice due to not being timely reinstated.

THUS DONE AND SIGNED this 8th day of October, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE