# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 04, 2025

Mr. Adam Craig Jed
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 7525
Washington, DC 20530-0001

      No. 24-30319    DACO Investments v. SBA
                         USDC No. 6:22-CV-1444

Dear Mr. Jed,

This case has been reinstated and briefing will now resume. Appellee's brief is due for filing on May 5, 2025, see Fed. R. App. P. 31(a)(1). 5th Cir. R. 31 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Reply Brief: We do not send cases to the court until all briefs are filed, except in criminal appeals. Reply briefs must be filed within the 21 day period of Fed. R. App. P. 31(a)(1). The court greatly disfavors all extensions of time for filing reply briefs. See 5th Cir. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

**Citation Guidelines:** Pursuant to 5th Cir. R. 28.2.2, use the following citation format:

- For single record cases, use "ROA." followed by the page number (e.g., "ROA.123").
- For multiple record cases, cite "ROA." followed by the Fifth Circuit appellate case number, followed by the page of the record (e.g., "ROA.13-12345.123").
- Each citation must end with a period (.) or semicolon (;).

**Electronic Record on Appeal (EROA):** We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available. Counsel must be approved for electronic filing and be listed as an attorney of record in the case before access will be granted. Instructions for accessing and downloading the EROA will be included in the notice you receive from the district court, but are also available here:

http://www.ca5.uscourts.gov/docs/default-
source/forms/instructions-for-electronic-record-download-
feature-of-cm.

Please note that sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. You must file a motion in our court for access to sealed documents, which will be provided by the district court only upon the filing and granting of a motion by our court.

**Brief Template:** The clerk's office provides brief templates and a tool to check briefs for potential deficiencies before docketing. To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

**Reminder Regarding Sealed Documents:** Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. James Jordan Gilligan
    Mr. Jeff Johnson
    Mr. Kevin Michael LeRoy
    Ms. Emily O'Brien
    Mr. Michael S. Raab
    Mr. Misha Tseytlin
    Mrs. Elizabeth Penland Waldbeser

_____

Case No. 24-30319

_____

DACO Investments, L.L.C., doing business as Oupac Financial Services; American Financial Services Association; Westside Credit Corporation, Incorporated; Motorists Acceptance Corporation, doing business as Saddleback Acceptance Corporation; Challenge Financial Services, Et al.

        Plaintiffs - Appellants

v.

United States Small Business Administration; Isabella Casillas Guzman, in her official capacity as Administrator of Small Business Administration; Janet Yellen, Secretary, U.S. Department of Treasury; United States of America,

        Defendants - Appellees